JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMM KELLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OPTION ONE MORTGAGE CORP ) <br> dba: AMERICAN HOME ) <br> MORTGAGE SERVICING INC, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. EDCV 09-01002 VAP (AJWx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 17, 2009

*[signature: Virginia A. Phillips]*
VIRGINIA A. PHILLIPS
United States District Judge